UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA　　　:　　　MAGISTRATE NO.: **17- 9 000**

　　　　　　　　　　　　　　　　:

V.　　　　　　　　　　　　　　　:　　　CRIMINAL ACTION

　　　　　　　　　　　　　　　　:

James Lordino　　　　　　　　　:　　　ORDER OF RELEASE

　　　　　　　　　　　　　　　　:

　　　　The Court orders the defendant is ordered released on a personal recognizance bond with the following bail conditions:

　　　　(✓) Reporting, as directed, to U.S. Pretrial Services;

　　　　(✓) Substance Abuse testing/treatment, as directed by U.S. Pretrial Services;

　　　　( ) Mental Health testing/treatment as directed by U.S. Pretrial Services:

　　　　( ) The defendant shall appear at all future court proceedings;

　　　　( ) Other: _____ **mental health** _____

_____　　　　　_1-11-17_____
DEFENDANT　　　　　　　　　　　　　DATE

　　　　It is further ORDERED that the defendant be furnished with a copy of this order and a notice of the penalties applicable to violation of conditions of release.

_____
Honorable Anthony R. Mautone
U.S. Magistrate Judge

_____
DATE